IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OMAR L. REED,

    Plaintiff,

v.           No. 23-cv-0088 JB-KRS

LEA COUNTY CORRECTIONAL FACILITY,

    Defendant.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's Letters Regarding Civil Rights Claims (Docs. 1, 3) (Letters). Plaintiff is detained at the Penitentiary of New Mexico and is proceeding *pro se*. The Letters indicate he wishes to file a 42 U.S.C. § 1983 civil rights complaint based on excessive force at another prison (Lea County Correctional Facility). The second letter also includes factual allegations, but it does not clearly identify the Defendants or specific causes of action. On January 31, 2023, the Clerk's Office sent Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis*. Plaintiff must return the completed civil rights complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions for a six-month period. The failure to timely comply with both directives will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period.

_____
UNITED STATES MAGISTRATE JUDGE